**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ameriglass Contractor Corp** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **92-0820348** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **10368 NW 24th Place** <br> **Unit 205** <br> **Fort Lauderdale, FL 33322** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Broward** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Ameriglass Contractor Corp**                    Case number (*if known*) _____
         Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor   **Ameriglass Contractor Corp**                                      Case number (*if known*) _____

_____Name_____

List all cases. If more than 1,
attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | When | _____ | Relationship | _____ |
| District | _____ | | | Case number, if known | _____ |

**11. Why is the case filed in** **Check all that apply:**
**this district?**

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or** ■ No
**have possession of any**
**real property or personal** ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?** **Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of** .  **Check one:**
**available funds**

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of** ■ 1-49 ☐ 1,000-5,000 ☐ 25,001-50,000
**creditors** ☐ 50-99 ☐ 5001-10,000 ☐ 50,001-100,000
☐ 100-199 ☐ 10,001-25,000 ☐ More than100,000
☐ 200-999

**15. Estimated Assets** ☐ $0 - $50,000 ☐ $1,000,001 - $10 million ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000 ☐ $10,000,001 - $50  million ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000 ☐ $50,000,001 - $100 million ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million ☐ $100,000,001 - $500 million ☐ More than $50 billion

**16. Estimated liabilities** ☐ $0 - $50,000 ■ $1,000,001 - $10 million ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000 ☐ $10,000,001 - $50  million ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000 ☐ $50,000,001 - $100 million ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million ☐ $100,000,001 - $500 million ☐ More than $50 billion

| Debtor | **Ameriglass Contractor Corp** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March  4, 2025**
                MM / DD / YYYY

**X /s/ Edilio Tula**                                     **Edilio Tula**
Signature of authorized representative of debtor          Printed name

Title     **President**

---

**18. Signature of attorney**

**X /s/ Susan D Lasky**                          Date     **March  4, 2025**
Signature of attorney for debtor                          MM / DD / YYYY

**Susan D Lasky 451096**
Printed name

**Susan D. Lasky, PA**
Firm name

**320 SE 18 Street**
**Fort Lauderdale, FL 33316**
Number, Street, City, State & ZIP Code

Contact phone     **954-400-7474**     Email address     **Jessica@SueLasky.com**

**451096 FL**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Ameriglass Contractor Corp**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  4, 2025**      X **/s/ Edilio Tula**
                                              Signature of individual signing on behalf of debtor

                                              **Edilio Tula**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Ameriglass Contractor Corp** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Walters, Teresa c/o Antonio G Hernandez Esq 2525 Ponce de Leon Blvd Suite 300 Miami, FL 33134** | | **future Warranty claim** | **Contingent Unliquidated Disputed** | | | **$30,000.00** |
| **100Toes Holdings LLC c/o Joel W Hyatt Esq 2400 First Street Suite 300 Fort Myers, FL 33901** | | **Breach of Contract Lawsuit** | **Contingent Unliquidated Disputed** | | | **$39,932.00** |
| **Age of Empire, Inc. 8281 Coral Way Miami, FL 33155** | | **Judgment (Debtor believes they satisified this judgment)** | **Contingent Unliquidated Disputed** | | | **$15,083.50** |
| **Ally Bank PO Box 951 Horsham, PA 19044** | | **2021 Ford Transit Van T250 Mileage 51,000 VIN 1FTBR1Y85MKA37053 Owned jointly with Pedro Gonzalez** | | **$27,259.24** | **$19,000.00** | **$8,259.24** |
| **Assa Abloy Entrance Systems US Inc c/o Abby Fakhraie Esq 4919 Memorial Hwy Suite 135 Tampa, FL 33634** | | **Breach of Contract** | **Contingent Unliquidated Disputed** | | | **$30,964.00** |

Debtor **Ameriglass Contractor Corp**                    Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bank of America POB 17054 Wilmington, DE 19884** | | **Credit Card** | | | | **$55,000.00** |
| **Carmen Gallardo Maria Vargas-Mejia-Ricrat, Esq 8492 SW 8 St Miami, FL 33144** | | **Breach of Contract** | **Contingent Unliquidated Disputed** | | | **$45,000.00** |
| **David Valdini Esq. 299 NE 7 St Boca Raton, FL 33432** | | **Attorney Fees** | | | | **$24,650.00** |
| **First Data Merchant Services c/o Northstar Location Services 4285 Genesee St. Buffalo, NY 14225-1943** | | | **Disputed** | | | **$10,000.00** |
| **First On Site 3401 Quorum Dr Suite 300 Fort Worth, TX 76137** | | | **Contingent Unliquidated Disputed** | | | **$323,042.57** |
| **Ford Credit PO Box 650575 Dallas, TX 75265-0575** | | **2023 Ford Transit Van T250 48,000 miles Vin 1FTBR1X84PKB95 275** | | **$61,557.35** | **$35,000.00** | **$26,557.35** |
| **Ford Credit PO Box 650575 Dallas, TX 75265-0575** | | **2023 Ford Transit 350 VIN1FTBW1X82PK C12602 Mileage 31,000** | | **$62,743.20** | **$50,000.00** | **$12,743.20** |
| **Funding Metrics, LLC d/b/a Quick Fix Cap 3220 Tillman Drive, Suite 200 Bensalem, PA 19020** | | | | | | **$59,600.00** |
| **GM Financial P.O. Box 78143 Phoenix, AZ 85062-8143** | | **2024 Chevrolet K2500 Pick UP VIN 1GC4YMEY9RF22 8072 Mileage 21,868.00** | | **$71,037.91** | **$55,000.00** | **$16,037.91** |

Debtor **Ameriglass Contractor Corp**　　　　　　　　　　　　　　Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GM Financial P.O. Box 78143 Phoenix, AZ 85062-8143** | | **2022 Chevrolet Silverado 250 VIN 1GC4WMEY2NF25 6392 Mileage 48,979 Owned jointly with Edilio Tula** | | **$45,360.41** | **$30,000.00** | **$15,360.41** |
| **JP Morgan Chase PO Box 1433 Charlotte, NC 28201** | | **Credit Card** | | | | **$39,264.03** |
| **M&D CAPITAL 4619 Surf Ave Brooklyn, NY 11224** | | | **Contingent Unliquidated Disputed** | | | **$7,500.00** |
| **Ottaviano, Robert and  Hlavacek, Elaine c/o James Chillemi Esq. 3400 Tamiami Trail N Suite 203 Naples, FL 34103** | | **Customer- Breach of contract** | **Contingent Unliquidated Disputed** | | | **$10,000.00** |
| **Palmetto I-75 Industrial Park Inc c/o Christine Rodriguez Esq. 866 South Dixie Hwy Miami, FL 33146** | | **Landlord- past due rent** | **Contingent Unliquidated Disputed** | | | **$9,958.65** |
| **Poliard, Phares and Yoline c/o Richard M Gomez Esq 4300 Biscayne Blvd Suite 305 Miami, FL 33137** | | **Breach of Contract** | **Contingent Unliquidated Disputed** | | | **$22,500.00** |

**Fill in this information to identify the case:**

Debtor name **Ameriglass Contractor Corp**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................... $     0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $     423,551.80

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $     423,551.80

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     663,190.68

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $     0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................... +$     726,757.63

4. Total liabilities ..........................................................................................................
   Lines 2 + 3a + 3b       $     1,389,948.31

**Fill in this information to identify the case:**

Debtor name **Ameriglass Contractor Corp**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Checking Acct 6248**<br>**Truist Bank** | | | **$0.00** |
| 3.2. | **Checking Acct 2461**<br>**Bank of America** | | | **$0.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$0.00**

### Part 2:  Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Deposit Palmetto I-75 Industrial Park, Inc**<br>**Landlord** | **$5,500.00** |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor **Ameriglass Contractor Corp**
Name

Case number *(If known)* _____

Description, including name of holder of prepayment

9. **Total of Part 2.**  
Add lines 7 through 8. Copy the total to line 81.

| $5,500.00 |

**Part 3:** Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:** Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** **Regina Chilcoat (Trust)** **(1-513-673-2739)** **700 Wiggins Bay Dr.,** **Naples, Fl 34110** **Contract Total: $11,240** **Paid: $5,620** **Balance: $5,620** | | $5,620.00 | | $5,620.00 |
| **Diane Cloutier** **26791 Mclaughlin Blvd** **Bonita Spring, FL 34134** **Contract total: $3,482.00** **Contract total: $3,482.00** **Waitnig for client to** **select her door** | | $3,482.00 | | $3,482.00 |
| **BELFOR Property Restoration** **410 Clover Mill Road,** **Exton, PA 19341** **Contact Total:** **$474,498.00** **Paid: $427,048.20** **Owed: 47,449.80** | | $0.00 | | $47,449.80 |

Debtor   **Ameriglass Contractor Corp**                                Case number *(If known)* _____
           Name

**Don B Construction Inc.**
**28260 Airpark Dr. #102,**
**Punta Gorda, FL 33982**
**Contract total:**
**$311,137.00**
**Paid: $259,137.00**
**Owed: $52,000.00**                                              $0.00                                      $52,000.00

**1109 South Pointe**
**Towers LLC  SAHSA**
**WAINSTEIN (Title**
**Manager)**
**Principal Address (Sun**
**Biz) 360 East 72nd St**
**Apt A 200**
**New York, NY 10021**
**Contract Total:**
**$100,000.00**
**Deposit: $75,000.00**
**Owes: $25,000.00**

**Contract Total:**
**$100,000.00**
**Deposit: $75,000.00**
**Owes us: $25,000.00**                                          $0.00                                      $25,000.00

**Mian Ahmed Hasan**
**2601 Barcelona Drive**
**Fort Lauderdale, Florida**
**33301**
**Contract was**
**$135,000.00**
**Deposit: $65,000.00**
**Owed: $65,000.00**                                             $0.00                                      $65,000.00

**Joseph Tekulve**
**190 Primo Dr.**
**Fort Myers Beach, FL**
**33935**
**Total Contract; $50,000**
**Paid: $20,000**
**Owed: $30,000**                                               Unknown                                    $30,000.00

21.   **Finished goods, including goods held for resale**

22.   **Other inventory or supplies**
      **Specially ordered**
      **products which were not**
      **useable**                                              Unknown                                       $0.00

23.   **Total of Part 5.**                                                                    | $228,551.80 |

      Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ■ No

Debtor  **Ameriglass Contractor Corp**                               Case number *(If known)* _____
Name

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Office furniture | $0.00 | | $2,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office Equipment | $0.00 | | $3,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.                      | $5,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

Debtor    **Ameriglass Contractor Corp**                                    Case number *(If known)* _____
_____
Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **2023 Ford Transit Van T250 48,000 miles**<br>**Vin 1FTBR1X84PKB95275** | **$0.00** | | **$35,000.00** |
| 47.2. **2020 Ford Transit Van T250 96,441**<br>**mileage**<br>**Vin 1FTBR1CG3LKA74275** | **Unknown** | | **$20,000.00** |
| 47.3. **2021 Ford Transit Van T250 Mileage**<br>**51,000**<br>**VIN 1FTBR1Y85MKA37053**<br>**Owned jointly with Pedro Gonzalez** | **Unknown** | | **$9,500.00** |
| 47.4. **2022 Chevrolet Silverado 250**<br>**VIN 1GC4WMEY2NF256392**<br>**Mileage 48,979**<br>**Owned jointly with Edilio Tula** | **$0.00** | | **$15,000.00** |
| 47.5. **2023 Ford Transit 350**<br>**VIN1FTBW1X82PKC12602**<br>**Mileage 31,000** | **$0.00** | | **$50,000.00** |
| 47.6. **2024 Chevrolet K2500 Pick UP  VIN**<br>**1GC4YMEY9RF228072**<br>**Mileage 21,868.00** | **$0.00** | | **$55,000.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
    floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm**
    **machinery and equipment)**

51. **Total of Part 8.**                                                                                  | **$184,500.00** |

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

Debtor    **Ameriglass Contractor Corp**

Name

Case number *(If known)* _____

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **Ameriglasscontractor.com** | **$0.00** | | **$0.00** |
| 62. **Licenses, franchises, and royalties** **DBPR State of Florida Contractor License** | **$0.00** | | **$0.00** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **$0.00** |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

---

Debtor  **Ameriglass Contractor Corp**                          Case number *(if known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $228,551.80 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $184,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $423,551.80 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $423,551.80 |

**Fill in this information to identify the case:**

Debtor name  **Ameriglass Contractor Corp**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1 Ally Bank**
Creditor's Name

**PO Box 951**
**Horsham, PA 19044**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2021 Ford Transit Van T250 Mileage 51,000 VIN 1FTBR1Y85MKA37053 Owned jointly with Pedro Gonzalez**

Describe the lien
**Motor Vehicle**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$27,259.24**    Column B: **$19,000.00**

**2.2 Ford Credit**
Creditor's Name

**PO Box 650575**
**Dallas, TX 75265-0575**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2023 Ford Transit Van T250 48,000 miles Vin 1FTBR1X84PKB95275**

Describe the lien
**Motor Vehicle**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$61,557.35**    Column B: **$35,000.00**

Debtor **Ameriglass Contractor Corp**
_____
Name

Case number (if known) _____

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ford Credit** | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**2020 Ford Transit Van T250 96,441 mileage Vin 1FTBR1CG3LKA74275**

$7,856.93          $20,000.00

**PO Box 650575**
**Dallas, TX 75265-0575**

Creditor's mailing address

Describe the lien
**Motor Vehicle**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ford Credit** | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**2023 Ford Transit 350 VIN1FTBW1X82PKC12602 Mileage 31,000**

$62,743.20          $50,000.00

**PO Box 650575**
**Dallas, TX 75265-0575**

Creditor's mailing address

Describe the lien
**Motor Vehicle**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Funding Metrics LLC** | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Blanket Lien on all assets**

$51,473.28          Unknown

**3320 Tillman Dr Suite 200**
**Bensalem, PA 19020**

Creditor's mailing address

Describe the lien
**Blanket Lien on all assets**

Is the creditor an insider or related party?
■ No

---

Debtor **Ameriglass Contractor Corp**

Name

Case number (*if known*) _____

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**July 11, 2024**

☐ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **GM Financial** | Describe debtor's property that is subject to a lien | $45,360.41 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**2022 Chevrolet Silverado 250**
**VIN 1GC4WMEY2NF256392**
**Mileage 48,979**
**Owned jointly with Edilio Tula**

**P.O. Box 78143**
**Phoenix, AZ 85062-8143**

Creditor's mailing address

**Describe the lien**
**Motor Vehicle**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **GM Financial** | Describe debtor's property that is subject to a lien | $71,037.91 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**2024 Chevrolet K2500 Pick UP  VIN**
**1GC4YMEY9RF228072**
**Mileage 21,868.00**

**P.O. Box 78143**
**Phoenix, AZ 85062-8143**

Creditor's mailing address

**Describe the lien**
**Motor Vehicle**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor **Ameriglass Contractor Corp**
Name

Case number (if known) _____

| 2.8 | **M & D Capital NY LLC** | Describe debtor's property that is subject to a lien | $12,333.36 | Unknown |

Creditor's Name

**Blanket Lien on all assets**

**4619 Surf Ave**
**Brooklyn, NY 11224**

Creditor's mailing address

**Describe the lien**
**Blanket Lien on all assets**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**August 15, 2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **SBA*** | Describe debtor's property that is subject to a lien | $163,569.00 | Unknown |

Creditor's Name

**Blanket Lien on all assets**

**409 3rd Street W**
**Washington, DC 20024**

Creditor's mailing address

**Describe the lien**
**Blanket Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**June 27, 2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **South State Bank NA** | Describe debtor's property that is subject to a lien | $160,000.00 | Unknown |

Creditor's Name

**Blanket Lien on all assets**

**Cutler Bay**
**18765 S Dixie Hwy**
**Miami, FL 33157**

Creditor's mailing address

**Describe the lien**
**Blanket Lien on all assets**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**April 8 , 2024**
**Last 4 digits of account number**

---

Debtor    **Amieriglass Contractor Corp**
          Name                                               Case number (if known) _____

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$663,190.68**

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Assistant US Attorney**<br>**Civil Division (Bankruptcy)**<br>**99 NE 4 Street 3rd Floor**<br>**Miami, FL 33132** | Line **2.9** | |
| **Attorney General of the United States**<br>**US Dept of Justice**<br>**950 Pennsylvania Ave NW**<br>**Washington, DC 20530** | Line **2.9** | |
| **Dave Fishman, Attorney**<br>**Small Business Admin**<br>**409 3 St SW**<br>**Washington, DC 20024** | Line **2.9** | |
| **Raychelle Tasher, Esq**<br>**Asst US Atty Civil Div (Bkcy)**<br>**US Atty Office, Southern Dist**<br>**99 NE 4 St., Ste 300**<br>**Miami, FL 33132** | Line **2.9** | |
| **US Atty**<br>**Southern Dist of Florida**<br>**99 NE 4 St**<br>**Miami, FL 33132** | Line **2.9** | |
| **US Attys Office**<br>**500 E Broward Blvd**<br>**Fort Lauderdale, FL 33394** | Line **2.9** | |
| **US Small Business Administration**<br>**Attn Garrett Lenox Paralegal Specialist**<br>**US SBA**<br>**200 West Santa Ana Blvd., Ste 740**<br>**Santa Ana, CA 92701** | Line **2.9** | |
| **US Small Business Administration**<br>**South Florida District Office**<br>**SBA District Office**<br>**51 SW 1st Ave., Suite 201**<br>**Miami, FL 33130** | Line **2.9** | |

**Fill in this information to identify the case:**

Debtor name **Ameriglass Contractor Corp**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim **Unknown** | Priority amount **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Mirta Gonzalez
c/o Alberto Naranjo Esq
7900 Oak Lane #400
Hialeah, FL 33016**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | **$30,000.00** |
|---|---|---|

Nonpriority creditor's name and mailing address
**Walters, Teresa
c/o Antonio G Hernandez Esq
2525 Ponce de Leon Blvd
Suite 300
Miami, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number  **CC21**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **future Warranty claim**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | **$39,932.00** |
|---|---|---|

Nonpriority creditor's name and mailing address
**100Toes Holdings LLC
c/o Joel W Hyatt Esq
2400 First Street Suite 300
Fort Myers, FL 33901**

Date(s) debt was incurred  **04/03/2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Breach of Contract Lawsuit**

Is the claim subject to offset? ■ No   ☐ Yes

Debtor  **Ameriglass Contractor Corp**                          Case number (if known) _____
_____
Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**1109 South Pointe Towers LLC**
**360 East 72nd St**
**Apt A 200**
**New York, NY 10021**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Future Warranty Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,083.50 |
|---|---|---|---|

**Age of Empire, Inc.**
**8281 Coral Way**
**Miami, FL 33155**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **CA01**

Basis for the claim:  **Judgment (Debtor believes they satisified this judgment)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,964.00 |
|---|---|---|---|

**Assa Abloy Entrance Systems US Inc**
**c/o Abby Fakhraie Esq**
**4919 Memorial Hwy Suite 135**
**Tampa, FL 33634**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **March 7, 2022**

Last 4 digits of account number  **CC05**

Basis for the claim:  **Breach of Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |
|---|---|---|---|

**Bank of America**
**POB 17054**
**Wilmington, DE 19884**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BELFOR Property Restoration**
**410 Clover Mill Road**
**Exton, PA 19341**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Future Warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|

**Carmen Gallardo**
**Maria Vargas-Mejia- Ricrat, Esq**
**8492 SW 8 St**
**Miami, FL 33144**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **CA01**

Basis for the claim:  **Breach of Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cloutier, Diane**
**26791 Mclaughlin Blvd**
**Bonita Springs, FL 34134**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Claim for Cancellation of contract after her door was special ordered**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Ameriglass Contractor Corp**
_____   Case number (if known) _____
　　　　　Name

| | |
|---|---|
| 3.10 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.   **$24,650.00** |
| **David Valdini Esq.** | ☐ Contingent |
| **299 NE 7 St** | ☐ Unliquidated |
| **Boca Raton, FL 33432** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Attorney Fees__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.11 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.   **Unknown** |
| **Don B Construction Inc.** | ■ Contingent |
| **28260 Airpark Dr. #102,** | ■ Unliquidated |
| **Punta Gorda, FL 33982** | ■ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Future Warranty claim__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.12 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.   **$1.00** |
| **Dr. Mian Hasan** | |
| **c/o Jose Baldor, Esq.** | ■ Contingent |
| **80000 SW 117 Ave** | ■ Unliquidated |
| **Ste 206** | ■ Disputed |
| **Miami, FL 33183** | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Breach of contract__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.13 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.   **$1.00** |
| **ESP Windows Inc** | ■ Contingent |
| **8430 NW 66 St** | ■ Unliquidated |
| **Miami, FL 33166** | ■ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.14 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.   **$10,000.00** |
| **First Data Merchant Services** | ☐ Contingent |
| **c/o Northstar Location Services** | ☐ Unliquidated |
| **4285 Genesee St.** | ■ Disputed |
| **Buffalo, NY 14225-1943** | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _4907_ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.15 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.   **$323,042.57** |
| **First On Site** | ■ Contingent |
| **3401 Quorum Dr Suite 300** | ■ Unliquidated |
| **Fort Worth, TX 76137** | ■ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.16 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.   **$59,600.00** |
| **Funding Metrics, LLC d/b/a Quick Fix Cap** | ☐ Contingent |
| **3220 Tillman Drive, Suite 200** | ☐ Unliquidated |
| **Bensalem, PA 19020** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _7572_ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor   **Ameriglass Contractor Corp**                              Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** |

**3.17 Nonpriority creditor's name and mailing address**

**Gin Van**
**c/o Anh Nguyen Esquire**
**1281 N Ocean Dr Ste 9**
**West Palm Beach, FL 33404-4739**

Date(s) debt was incurred  **November 13, 2024**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Judgment**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.18 Nonpriority creditor's name and mailing address**

**Gonzalez, Mirta**
**AN Law Firm PA**
**7900 Oak Lane #400**
**Concord, NH 03301-6000**

Date(s) debt was incurred  **unknown**

Last 4 digits of account number  **86CA**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Oral contract for compensation**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.19 Nonpriority creditor's name and mailing address**

**JP Morgan Chase**
**PO Box 1433**
**Charlotte, NC 28201**

Date(s) debt was incurred  _

Last 4 digits of account number  **8050**

As of the petition filing date, the claim is: *Check all that apply.*                    **$39,264.03**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Credit Card**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.20 Nonpriority creditor's name and mailing address**

**Kogan, Daniel**
**3260 NE 165 St N**
**North Miami Beach, FL 33160**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1.00**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Judgment (Debtor believes this judgment was satisfied)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.21 Nonpriority creditor's name and mailing address**

**Kurland, Ben**
**c/o Chelsea Furman, Esquire**
**McDonald Hopkins LLC**
**501 S Flagler Dr Ste 200**
**West Palm Beach, FL 33401-5965**

Date(s) debt was incurred  **1-22-2025**

Last 4 digits of account number  **Judgment**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.22 Nonpriority creditor's name and mailing address**

**M&D CAPITAL**
**4619 Surf Ave**
**Brooklyn, NY 11224**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$7,500.00**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.23 Nonpriority creditor's name and mailing address**

**MFTMA Holding LLC c/o Wendy Warren**
**309 West Bay St**
**Nassau Bahamas**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1.00**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Future warranty claim**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Ameriglass Contractor Corp** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mian Ahmed Hasan**
**2601 Barcelona Drive**
**Fort Lauderdale, FL 33301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Future Warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Omega Condominium NO. 4 Inc HOA**
**c/0 Pointe Mgmt Group INC**
**75 NEW 6th AveSuite 206**
**Delray Beach, FL 33483**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **07/03/2023**

Last 4 digits of account number ___

Basis for the claim:  **Breach of Contract Paid**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Ottaviano, Robert and  Hlavacek, Elaine**
**c/o James Chillemi Esq.**
**3400 Tamiami Trail N**
**Suite 203**
**Naples, FL 34103**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Customer- Breach of contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,958.65 |
|---|---|---|---|

**Palmetto I-75 Industrial Park Inc**
**c/o Christine Rodriguez Esq.**
**866 South Dixie Hwy**
**Miami, FL 33146**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **April 11, 2024**

Last 4 digits of account number ___

Basis for the claim:  **Landlord- past due rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22,500.00 |
|---|---|---|---|

**Poliard, Phares and Yoline**
**c/o Richard M Gomez Esq**
**4300 Biscayne Blvd Suite 305**
**Miami, FL 33137**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **August 4, 2022**

Last 4 digits of account number  **7507**

Basis for the claim:  **Breach of Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Regina Chilcoat Trust**
**700 Wiggins Bay Dr**
**Naples, FL 34110**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Future Warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Save On Everything DBA Home Pros Guide**
**c/o Hodges, Avurutis & Foeller**
**PO Box 4137**
**Sarasota, FL 34230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **01/28/2025**

Last 4 digits of account number  **CC25**

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Ameriglass Contractor Corp**                                      Case number (if known) _____
         _____
         Name

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,258.88 |

**Selective Shower Glass Designs Inc**
**c/o Ryan N Chae Esq**
**200 South Andrews Ave**
**Suite 503**
**Fort Lauderdale, FL 33301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __March 2024__
Last 4 digits of account number __

Basis for the claim:  __Breach of Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tekulve, Joseph**
**190 Primo Dr**
**Labelle, FL 33935**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __190 Primo Dr.__
__Fort Myers Beach, FL 33935__

__Total Contract; $50,000__
__Paid: $20,000__

__Owes:$30,000__

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ben Kurland**<br>**102 Reagan court**<br>**Lakewood, NJ 08701** | Line  __3.21__<br><br>☐ Not listed. Explain ____ | __Judgment__ |
| 4.2 | **Palmetto I-75 Industrial Park Inc**<br>**8001 WEst 26th AVe Suite 1**<br>**Hialeah, FL 33016** | Line  __3.27__<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $            0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $       726,757.63 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $       726,757.63 |

**Fill in this information to identify the case:**

Debtor name  **Ameriglass Contractor Corp**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **1109 South Pointe Towers LLC  SAHSA WAINSTEIN (Title Manager) Principal Address (Sun Biz) 360 East 72nd St Apt A 200 New York, NY 10021 Contract Total: $100,000.00** |
| State the term remaining | **work in progress** |
| List the contract number of any government contract | **1109 South Pointe Towers LLC 360 East 72nd St Apt A 200 New York, NY 10021** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **BELFOR Property Restoration 410 Clover Mill Road, Exton, PA 19341 Contact Total: $474,498.00 They Paid: $427,048.20** |
| State the term remaining | |
| List the contract number of any government contract | **BELFOR Property Restoration 410 Clover Mill Road, Exton, PA 1934 Exton, PA 19341** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Diane Cloutier 26791 Mclaughlin BLVD Bonita Spring, FL 34134 Contract total: $3,482.00** |
| State the term remaining | **work in progress** |
| List the contract number of any government contract | **Diane Cloutier 26791 Mclaughlin Blvd Bonita Springs, FL 34134** |

Debtor 1   **Ameriglass Contractor Corp**
_____
First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Don B Construction Inc., 28260 Airpark Dr. #102, Punta Gorda, FL 33982** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Don B Construction Inc.**<br>**28260 Airpark Dr. #102,**<br>**Punta Gorda, FL 33982** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Joseph Tekulve**<br>**190 Primo Dr.**<br>**Fort Myers Beach, FL 33935**<br>**work in progress** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Joseph Tekulve**<br>**Labelle, FL 33935** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Mian Ahmed Hasan**<br>**2601 Barcelona Drive,**<br>**Fort Lauderdale,**<br>**Florida 3330**<br>**work in progress** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mian Ahmed Hasan**<br>**2601 Barcelona Drive,**<br>**Fort Lauderdale, FL 33301** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **3120 W 84 St Unit 8 & Unit 4**<br><br>**Palmetto I-75 Industrial Park, Inc. 8001 West 26th Avenue Suite 1 Hialeah, FL 33016, SIGNED 2024 STILL HAVE 6 MONTHS LEFT ON THE LEASE** | |
|---|---|---|---|
| | State the term remaining | **6 months** | |
| | List the contract number of any government contract | | **Palmetto I-75 Industrial Park, Inc**<br>**8001 West 26th Ave**<br>**Hialeah, FL 33016** |

Debtor 1  **Ameriglass Contractor Corp**

First Name        Middle Name        Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Regina Chilcoat (Trust)** **(1-513-673-2739)** **700 Wiggins Bay Dr.** **Naples, Fl 34110** **Contract Total:    $ 11,240** **Paid: $5,62** | |
|---|---|---|---|
| | State the term remaining | **no term** | **Regina Chilcoat Trust** **700 Wiggins Bay Dr** **Naples, FL 34110** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __Ameriglass Contractor Corp__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Christian Gonzalez** | | **Gin Van** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |
| 2.2 **Edilio Tula** | | **Gin Van** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |
| 2.3 **Edilio Tula** | | **JP Morgan Chase** | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |
| 2.4 **Edilio Tula** | | **M & D Capital NY LLC** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **Grace Vilches** | | **Gin Van** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |

Debtor    **Ameriglass Contractor Corp**                                   Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.6 **Paul Deptola** | **Gin Van** | ☐ D _____ <br> ■ E/F __3.17__ <br> ☐ G _____ |
| 2.7 **Pedro Leonardo Gonzalez** | **Gin Van** | ☐ D _____ <br> ■ E/F __3.17__ <br> ☐ G _____ |
| 2.8 **Pedro Leonardo Gonzalez** | **Carmen Gallardo** | ☐ D _____ <br> ■ E/F __3.8__ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Ameriglass Contractor Corp**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$1,245,796.16** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$2,412,506.69** |
| **For the fiscal year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$1,798,925.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor   **Ameriglass Contractor Corp**                                          Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Edlio Tula**<br>**2095 W 76th Street #140**<br>**Hialeah, FL 33016**<br>**President Director** | **Bi weekly salary when funds were available** | **$55,197.00** | **Salary** |
| 4.2. **Pedro Leonardo Gonzalez**<br>**2095 W 76th Street #140**<br>**Hialeah, FL 33016**<br>**VP Secretary Director** | **Bi weekly salary when available** | **$22,821.00** | **Salary** |
| 4.3. **Grace Vilches**<br>**2095 76th Street**<br>**Hialeah, FL 33016**<br>**Treasurer Director** | **????** | **$5,200.00** | **Compensation for Services** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Daniel Kogan**<br>**vs**<br>**Ameriglass Contractor Corp**<br>**2024-016458SP23** | | **County Court Miami Dade** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **100Toes Holdings LLC**<br>**vs**<br>**Ameriglass Contractor Corp**<br>**24-CC-002556** | | **County Court Lee County** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | Ameriglass Contractor Corp | Case number *(if known)* | |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Selective Shower Glass Designs Inc**<br>**vs**<br>**Ameriglass Contractor Corp**<br>**2024-061366-SP-05** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Carmen Gallardo**<br>**vs**<br>**Ameriglass Contractor Corp**<br>**2024-003859-CA-01** | | **Circuit Court of Miami Dade County** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Ben Kurland**<br>**vs**<br>**Ameriglass Contractor Corp**<br>**2023 -133812- CC-21** | **Collection Breach of Contract** | **Eleventh Judicial Circuit In 75 NW 1st Ave Miami, FL 33128** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **Assa Abloy Entrance Systems US Inc**<br>**vs**<br>**Ameriglass Contractor Corp**<br>**2023-117596-CC-05** | | **Lee County Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Phares and Yoline Poliard**<br>**vs**<br>**Ameriglass Contractors Corp**<br>**COCE 24-047507** | | **Lee County Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Mirta Gonzalez**<br>**vs**<br>**Ameriglass Contractor Corp**<br>**2024-013986-CA 01** | | **Circuit Court Lee County** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Teresa Walters**<br>**vs**<br>**Ameriglass Contractors Corp**<br>**2024-062250-CC-21** | | **Lee County Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Palmetto I-75 Industrial Park Inc**<br>**vs**<br>**Ameriglass Contractor Corp**<br>**24-094629 CC 21** | | **Miami Dade County Clerk** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Selective Shower Glass**<br>**vs**<br>**Ameriglass Contractor Corp**<br>**2024 061366** | | **Miami Dade County Clerk** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **SAVE ON EVERYTHING LLC D/B/A HOME PROS GUIDE VS AMERIGLASS CORP AND LEO GONZALEZ**<br>**2025-017811-CC-25** | **COLLECTION** | **COUNTY COURT  MIAMI DADE CIVIL DIV. 73 W FLAGLER ST Miami, FL 33130** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **Save On Everything DBA Home Pros guide**<br>**v Ameriglass Contractor Corp. a/k/a Leo Gonzalez**<br>**2025 -017811-CC-25** | | **County Court In and for Dade County 73 W Flagler Street Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Ameriglass Contractor Corp**                                        Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.14. | **Palmetto Industrial Park v Ameriglass**<br>**2025-027164-CC-21** | Eviction | **Miami Dade County Court**<br>**140 W Flagler St**<br>**#101**<br>**Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **On Site** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **Gin Van v Ameriglass, Tula Edilio, Gaonzalez Chiristian, Gonzalez Pedro Vilches Grace Paul Deptola**<br>**23-00686 CONO** | | **Broward County County t Court**<br>**201 SE 6th Street**<br>**Fort Lauderdale, FL 33301** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor  **Ameriglass Contractor Corp**　　　　　　　　　　Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Susan D. Lasky, PA**<br>**320 SE 18 Street**<br>**Fort Lauderdale, FL 33316** | **Attorney Fees** | **8/19/2024** | **$2,500.00** |
| | Email or website address<br>**Jessica@SueLasky.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Susan D. Lasky, PA**<br>**320 SE 18 Street**<br>**Fort Lauderdale, FL 33316** | **Attorney Fees** | **9/06/2024** | **$1,500.00** |
| | Email or website address<br>**Jessica@SueLasky.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Susan D Lasky, Esq.**<br>**320 SE 18th Street**<br>**Fort Lauderdale, FL 33316** | **Attorney Fees & Filing Fee** | **02/08/2025** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**　**Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | | Dates of occupancy From-To |
|---|---|---|---|

Debtor   **Ameriglass Contractor Corp**                                    Case number *(if known)* _____

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.   **10368 NW 24 Pl Unit 205 Sunrise, FL 33327** | |

---

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   **Ameriglass Contractor Corp**                                    Case number *(if known)*

---

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
 *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

 *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

 *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|

---

| Debtor | Ameriglass Contractor Corp | Case number *(if known)* | |
|---|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Padron & Associates**<br>**2095 W 76 St**<br>**Hialeah, FL 33016** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Edilio Tula** | **10468 NW 24th Place #205**<br>**Fort Lauderdale, FL 33322** | **President Director and 100% shareholder** | **100** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Grace Vilches** | **2095 West 76th Street  #140**<br>**Hialeah, FL 33016** | **Treasurer Director** | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

Debtor    **Ameriglass Contractor Corp** _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Pedro Leonardo Gonzalez | 2095 West 76th St Suite 140 Hialeah, FL 33016 | VP, Secretary, Director | 2017-2024 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  4, 2025** _____

**/s/ Edilio Tula** _____    **Edilio Tula** _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re    **Ameriglass Contractor Corp**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Edilio Tula**<br>**10368 NW 24 Pl**<br>**Unit 205**<br>**Fort Lauderdale, FL 33322** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **March 4, 2025**

Signature    **/s/ Edilio Tula**

**Edilio Tula**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re   **Ameriglass Contractor Corp**
Debtor(s)

Case No.
Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March  4, 2025**

**/s/ Edilio Tula**
**Edilio Tula**/President
Signer/Title

Walters, Teresa
c/o Antonio G Hernandez Esq
2525 Ponce de Leon Blvd
Suite 300
Miami, FL 33134

100Toes Holdings LLC
c/o Joel W Hyatt Esq
2400 First Street Suite 300
Fort Myers, FL 33901

1109 South Pointe Towers LLC
360 East 72nd St
Apt A 200
New York, NY 10021

Age of Empire, Inc.
8281 Coral Way
Miami, FL 33155

Ally Bank
PO Box 951
Horsham, PA 19044

Assa Abloy Entrance Systems US Inc
c/o Abby Fakhraie Esq
4919 Memorial Hwy Suite 135
Tampa, FL 33634

Assistant US Attorney
Civil Division (Bankruptcy)
99 NE 4 Street 3rd Floor
Miami, FL 33132

Attorney General of the United States
US Dept of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

Bank of America
POB 17054
Wilmington, DE 19884

BELFOR Property Restoration
410 Clover Mill Road
Exton, PA 19341

BELFOR Property Restoration
410 Clover Mill Road, Exton, PA 1934
Exton, PA 19341


Ben Kurland
102 Reagan court
Lakewood, NJ 08701


Carmen Gallardo
Maria Vargas-Mejia- Ricrat, Esq
8492 SW 8 St
Miami, FL 33144


Christian Gonzalez


Christine M Rodriguez, Esq
866 South Dixie Hwy
Miami, FL 33146


Cloutier, Diane
26791 Mclaughlin Blvd
Bonita Springs, FL 34134


Dave Fishman, Attorney
Small Business Admin
409 3 St SW
Washington, DC 20024


David Valdini Esq.
299 NE 7 St
Boca Raton, FL 33432


Diane Cloutier
26791 Mclaughlin Blvd
Bonita Springs, FL 34134


Don B Construction Inc.
28260 Airpark Dr. #102,
Punta Gorda, FL 33982

Dr. Mian Hasan
c/o Jose Baldor, Esq.
80000 SW 117 Ave
Ste 206
Miami, FL 33183


Edilio Tula


ESP Windows Inc
8430 NW 66 St
Miami, FL 33166


First Data Merchant Services
c/o Northstar Location Services
4285 Genesee St.
Buffalo, NY 14225-1943


First On Site
3401 Quorum Dr Suite 300
Fort Worth, TX 76137


Ford Credit
PO Box 650575
Dallas, TX 75265-0575


Funding Metrics LLC
3320 Tillman Dr Suite 200
Bensalem, PA 19020


Funding Metrics, LLC d/b/a Quick Fix Cap
3220 Tillman Drive, Suite 200
Bensalem, PA 19020


Gin Van
c/o Anh Nguyen Esquire
1281 N Ocean Dr Ste 9
West Palm Beach, FL 33404-4739


GM Financial
P.O. Box 78143
Phoenix, AZ 85062-8143

Gonzalez, Mirta
AN Law Firm PA
7900 Oak Lane #400
Concord, NH 03301-6000


Grace Vilches


Joseph Tekulve
Labelle, FL 33935


JP Morgan Chase
PO Box 1433
Charlotte, NC 28201


Kogan, Daniel
3260 NE 165 St N
North Miami Beach, FL 33160


Kurland, Ben
c/o Chelsea Furman, Esquire
McDonald Hopkins LLC
501 S Flagler Dr Ste 200
West Palm Beach, FL 33401-5965


M & D Capital NY LLC
4619 Surf Ave
Brooklyn, NY 11224


M&D CAPITAL
4619 Surf Ave
Brooklyn, NY 11224


MFTMA Holding LLC c/o Wendy Warren
309 West Bay St
Nassau Bahamas


Mian Ahmed Hasan
2601 Barcelona Drive
Fort Lauderdale, FL 33301


Mian Ahmed Hasan
2601 Barcelona Drive,
Fort Lauderdale, FL 33301

Mirta Gonzalez
c/o Alberto Naranjo Esq
7900 Oak Lane #400
Hialeah, FL 33016


Omega Condominium NO. 4 Inc HOA
c/0 Pointe Mgmt Group INC
75 NEW 6th AveSuite 206
Delray Beach, FL 33483


Ottaviano, Robert and  Hlavacek, Elaine
c/o James Chillemi Esq.
3400 Tamiami Trail N
Suite 203
Naples, FL 34103


Palmetto I-75 Industrial Park Inc
c/o Christine Rodriguez Esq.
866 South Dixie Hwy
Miami, FL 33146


Palmetto I-75 Industrial Park Inc
8001 WEst 26th AVe Suite 1
Hialeah, FL 33016


Palmetto I-75 Industrial Park, Inc
8001 West 26th Ave
Hialeah, FL 33016


Paul Deptola


Pedro Leonardo Gonzalez


Poliard, Phares and Yoline
c/o Richard M Gomez Esq
4300 Biscayne Blvd Suite 305
Miami, FL 33137


Raychelle Tasher, Esq
Asst US Atty Civil Div (Bkcy)
US Atty Office, Southern Dist
99 NE 4 St., Ste 300
Miami, FL 33132

Regina Chilcoat Trust
700 Wiggins Bay Dr
Naples, FL 34110


Save On Everything DBA Home Pros Guide
c/o Hodges, Avurutis & Foeller
PO Box 4137
Sarasota, FL 34230


SBA*
409 3rd Street W
Washington, DC 20024


Selective Shower Glass Designs Inc
c/o Ryan N Chae Esq
200 South Andrews Ave
Suite 503
Fort Lauderdale, FL 33301


South State Bank NA
Cutler Bay
18765 S Dixie Hwy
Miami, FL 33157


Tekulve, Joseph
190 Primo Dr
Labelle, FL 33935


US Atty
Southern Dist of Florida
99 NE 4 St
Miami, FL 33132


US Attys Office
500 E Broward Blvd
Fort Lauderdale, FL 33394


US Small Business Administration
Attn Garrett Lenox Paralegal Specialist
US SBA
200 West Santa Ana Blvd., Ste 740
Santa Ana, CA 92701

```
US Small Business Administration
South Florida District Office
SBA District Office
51 SW 1st Ave., Suite 201
Miami, FL 33130
```